IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KIM JOHNSON, | § | |
| | § | No. 17, 2021 |
| Claimant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | C.A. No.   N19A-12-010 |
| | § | |
| Employer Below, | § | |
| Appellee. | § | |

Submitted:   June 30, 2021
Decided:   July 15, 2021

Before **SEITZ**, Chief Justice; **VAUGHN,** and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

This 15th day of July 2021, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its memorandum opinion dated December 31, 2020.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice